942 A.2d 896

**Annette K. SCHWARTZ and Joseph Schwartz, h/w, Petitioners**

**v.**

**Selena GRIFFIN and Lisa Ann Bannister a/k/a Lisa Ann Bannister–Johnson a/k/a Lisa Ann Johnson, Respondents.**

**No. 90 EM 2006.**

Supreme Court of Pennsylvania.

Feb. 27, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of February, 2008, the Application for Relief and the Application for Relief Under Rule Pa.

R.A.P. 123 to Docket and Determine this Matter as a Petition for Allowance of Appeal are **DENIED.**